Carolyn E. Wright (CA Bar No. 263960)
Law Offices of Carolyn E. Wright, LLC
P.O. Box 430
Glenbrook, NV 89413
(775) 588-5147  (telephone)
(775) 588-5961  (facsimile)
Email: carolyn@photoattorney.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN MCNEIL, an individual | ) | **PLAINTIFF'S NOTICE OF** |
| Plaintiff | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| AFFLICTION HOLDINGS, LLC, | ) | |
| AFFLICTION RETAIL, LLC, | ) | |
| AFFLICTION RETAIL, INC.,  and | ) | |
| AFFLICTION, INC. | ) | CASE NO. SACV11-1149 CJC (RNBx) |
| Defendants | ) | |

The parties having reached a settlement in the above-captioned action,

Plaintiff Martin McNeil voluntarily dismisses this action pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i).

Respectfully submitted, this 19th day of September, 2011.

    s/ Carolyn E. Wright
Carolyn E. Wright (CA Bar No. 263960)
Email: carolyn@photoattorney.com
Law Offices of Carolyn E. Wright, LLC
P.O. Box 430
Glenbrook, NV 89413
(775) 588-5147  (telephone)
(775) 588-5961  (facsimile)

Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28